# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135781

RACHEL SHAFFER,
        Plaintiff-Appellee,

v

        SC: 135781
        COA: 275299
        Macomb CC: 04-002993-NH

ST. JOSEPH'S MERCY HOSPITALS OF
MACOMB and ST. JOSEPH'S MERCY OF
MACOMB, a/k/a MERCY MOUNT CLEMENS
CORPORATION,
        Defendant-Appellant,

and

ST. JOSEPH MERCY HEALTH SYSTEM,
a/k/a TRINITY HEALTH-MICHIGAN, PAUL
MOCZARSKI, D.O., and MACOMB
EMERGENCY CARE PHYSICIANS, P.C.,
        Defendants.
_____/

On order of the Court, the application for leave to appeal the December 27, 2007 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Stone v Williamson* (Docket No. 133986) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

d0421